UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-24945-CIV-MORENO

WINDY LUCIUS,

       Plaintiff,

vs.

ZARA USA, INC.,

       Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon Notice of Voluntary Dismissal with Prejudice.

It is

ADJUDGED that in light of the notice, this case is **DISMISSED** with prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this _12_ of March 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record